**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1640**

TRUDY GAITWOOD,

        Plaintiff - Appellant,

     v.

GREENPOINT MORTGAGE FUNDING, INC.; CITIBANK, N.A., as trustee for structured asset mortgage investments II trust 2007-AR5 mortgage pass through certificates series 2007-AR5,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:16-cv-00807-JKB)

Submitted: August 25, 2016       Decided: August 29, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Trudy Gaitwood, Appellant Pro Se. Sarah Reimers McIntee, Raymond Gerard Mullady, Jr., NELSON MULLINS RILEY & SCARBOROUGH, LLP, Washington, DC, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trudy Gaitwood seeks to appeal the district court's order granting the Defendants' motion to dismiss. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 26, 2016. The notice of appeal was filed on May 31, 2016. Because Gaitwood failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED